Frank Fasching, Appellee, v. Minneapolis, St. Paul and Sault Ste. Marie Railroad Company, Appellant.

Gen. No. 45,995. ■■■■■■■■■

■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■

Edwin R. Eckersall, for appellant; Erickson, Eckersall & Nygren, of counsel; Louis P. Miller, Frederick W. Shefte, and Joseph D. Ryan, for appellee. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.** Opinion filed June 8, 1953; released for publication September 16, 1953.